IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, a/s/o JUSTIN GUTSCHMIDT, **Plaintiff** | Motion Day: August 6, 2012 |
| v. | Civil Action No. 2:12-cv-3685 |
| HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC., DISTRICT COUNCIL IRONWORKERS FUNDS OF NORTHERN NEW JERSEY, ABC CORP. 1-10, **Defendants** | DEFENDANT DISTRICT COUNCIL IRONWORKERS FUNDS OF NO. NEW JERSEY'S MOTION TO DISMISS |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant District Council Ironworkers Funds of Northern New Jersey ("Funds"), by and through their attorneys, hereby file the following Motion to Dismiss. This Motion is supported by the attached Memorandum of Law.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant the instant Motion to Dismiss Plaintiff's Complaint with prejudice

Respectfully submitted,

CLEARY, JOSEM & TRIGIANI LLP

BY: ___/s/ *Regina C. Hertzig*___
REGINA C. HERTZIG, ESQUIRE
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
(215) 735-9099

*Attorneys for Defendant,*
*District Council Ironworkers Funds*
*Of Northern New Jersey*

Dated: July 3, 2012