# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**STANLEY R. CHESLER**
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
P.O. BOX 999
NEWARK, N.J. 07101-0999
(973) 645-3136

August 1, 2012

Andrew R. Bronsnick, Esq.
Law Offices of Joseph A. Massood
50 Packanack Lake Road East
Wayne, New Jersey 07470

      Re:    **Montvale Surgical Center, LLC v. Horizon Blue Cross Blue Shield of New Jersey Inc., et al.**
              **Civil Action No. 12-3685**

Dear Mr. Bronsnick:

      Plaintiff's opposition to the motion to dismiss filed by Defendant District Council Ironworkers Fund of Northern NJ [docket entry 6] was due on July 23, 2012. No opposition has been filed to date. The Court will adjourn the motion to dismiss to provide Plaintiff with one further opportunity to file papers. Plaintiff's opposition, if any, must be filed no later than **August 21, 2012.** If Plaintiff chooses not to submit opposition by that date, the motion will be deemed unopposed and will be adjudicated based on Defendant's submission.

      Defendant is being notified of this extension of the briefing schedule by copy of this letter and will have until **August 28, 2012** to submit a reply to Plaintiff's opposition.

      The parties are advised that the motion will be decided on the papers. Should the Court decide to schedule oral argument, the parties will be notified electronically.

      Very truly yours,

            s/
      STANLEY R. CHESLER
      United States District Judge

cc:    Regina C. Hertzig, Esq.
        Matthew A. Baker, Esq.