# CONNELL FOLEY LLP

### ATTORNEYS AT LAW

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*†
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM F. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*

PATRICK J. HUGHES*†
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III†
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*†
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. MCCARTHY*
PATRICIA A. LEE*†
AGNIESZKA ANTONIAN*
CHRISTOPHER J. TUCCI+
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO CHERRY HILL, NJ

Writer's Email Address: MBaker@connellfoley.com

COUNSEL
JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*

DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
ROBERT A. VERDIBELLO*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
PHILIP W. ALLOGRAMENTO III*
LAURIE B. KACHONICK*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
WILLIAM D. DEVEAU*
MEGHAN BARRETT BURKE*
RUKHSANAH L. LIGHARI*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
EKTA B. PATEL+
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*
MONICA SETH*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
SHANNON L. KEIM
DANIEL B. KESSLER

MELISSA D. LOPEZ
ANDREW L. BARON*
JASON D. FALK*
VICTORIA N. MANOUSHAGIAN-
PATRICK J. MURPHY, III
MEGHAN K. MUSSO
BRENDAN W. CARROLL*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
JESSICA L. PALMER
NEIL V. SHAH*
STEPHEN R. TURANO*
TARA L. TOULOUMIS*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTEW A. BAKER+
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.+
BRIAN S. WOLFSON
SONYA B. COLE*
MARY F. HURLEY
DANIELLE M. NOVAK+
JAMES E. FIGLIOZZI-

LIBERTY VIEW
457 HADDONFIELD ROAD, SUITE 230
CHERRY HILL, NJ 08002
(856) 317-7100
FAX: (856) 317-7117

OTHER OFFICES

85 LIVINGSTON AVENUE
ROSELAND, NJ
07068-3702
(973) 535-0500
FAX: (973) 535-9217

HARBORSIDE FINANCIAL
CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
(201) 521-1000
FAX: (201) 521-0100

888 SEVENTH AVENUE
9TH FLOOR
NEW YORK, NY 10106
(212) 307-3700
FAX: (212) 262-0050

1500 MARKET STREET
12TH FLOOR, EAST TOWER
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

THE ATRIUM
SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732) 449-0934

November 15 2012

**VIA ECF**
The Honorable Cathy L. Waldor, U.S.M.J.
U.S. Post Office & Courthouse Bldg.
Federal Square Newark, NJ 07101

Re:   **Montvale Surgical Center v. Horizon Blue Cross Blue Shield of New Jersey
Civil Action No. 12-3685(SRC-CLW)**

Dear Judge Waldor

Please be advised that my firm represents Horizon Blue Cross Blue Shield of New Jersey ("Horizon") in the above captioned matter.  Horizon respectfully requests leave of Court to file a motion to dismiss this matter for failure to exhaust the mandatory administrative appeals under the terms of the applicable health benefit plan.

Horizon will base its motion to dismiss on the same facts and law that co-defendant District Council Ironworkers Fund of Northern New Jersey based its motion to dismiss, which was filed on or about July 3, 2012.  Horizon did not file its motion at an earlier time due to efforts to consolidate this matter with a number of other matters that are pending in this Court.  At this point, consolidation is unlikely and Horizon is proceeding with each matter on an individual basis. Horizon respectfully requests your Honor's permission to file a motion to dismiss as Horizon believes ample grounds exist to do so and this will most effectively protect Horizon's interests.

2808540-01

The Honorable Cathy L. Waldor, U.S.M.J.
November 15 2012
Page 2


Thank you for you consideration of this request.

Respectfully,

**CONNELL FOLEY LLP**

Matthew A. Baker

MAB/meb
cc:   Andrew Bronsnick, Esq. (via ECF)
      Regina Hertzig, Esq. (via ECF)